IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JUSTIN R. BRYANT                                                             PLAINTIFF
#00225-867

v.                          No. 4:21-cv-899-DPM

JOHN STALEY, Sheriff,
Lonoke County, and KRISTI
FLUD, Jail Administrator,
Lonoke County                                                               DEFENDANTS

## JUDGMENT

Bryant's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 November 2021